Certificate Number: 02998-PAW-DE-035666964

Bankruptcy Case Number: 17-10401



02998-PAW-DE-035666964

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 13, 2021, at 12:20 o'clock AM EDT, Dennis Frederick Cox completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 13, 2021            By:   /s/Angela Zinnerman

                               Name:  Angela Zinnerman

                               Title:  Counselor