# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  DENNIS F COX
  LISA L. COX
        Debtor(s)
  Ronda J. Winnecour, Trustee
        Movant
        vs.
  DENNIS F COX
  LISA L. COX

        Respondents

FILED
5/20/21 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case No.17-10401TPA

Chapter 13

Document No. 100

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __20th__ day of __May__, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Meadville Medical Center* (Emp)
Attn: Payroll Manager*
1034 Grove St*
Meadville, PA 16335

is hereby ordered to immediately terminate the attachment of the wages of LISA L. COX, social security number XXX-XX-0639. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LISA L. COX.

FURTHER ORDERED:

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10401-TPA |
| Dennis F Cox | Chapter 13 |
| Lisa L. Cox | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 2 |
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis F Cox, Lisa L. Cox, 11379 Beuchat Road, Guys Mills, PA 16327-5111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Joint Debtor Lisa L. Cox dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Dennis F Cox dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Donna M. Donaher | |
| | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Joseph A. Dessoye | |
| | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor  et. al. pawb@fedphe.com |
| Maria Miksich | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS |

| District/off: 0315-1 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7