Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dennis F Cox** | : | Case No. 17−10401−TPA |
| **Lisa L. Cox** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 107 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/10/21 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

*AND NOW,* this ***The 28th of June, 2021***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 107 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before August 12, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***September 10, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dennis F Cox  
Lisa L. Cox  
    Debtors

Case No. 17-10401-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lmar      Page 1 of 4  
Date Rcvd: Jun 28, 2021      Form ID: 300b      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis F Cox, Lisa L. Cox, 11379 Beuchat Road, Guys Mills, PA 16327-5111 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | First National Bank of Pennsylvania, c/o Donna Donaher, One North Shore Center, 12 Federal Street, First Floor, Pittsburgh, PA 15212-5752 |
| 14415113 | + | Bank of America, PO Box 15227, Wilmington, DE 19886-5227 |
| 14665117 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406695 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14406696 | + | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14406697 | + | Holiday Financial Services, 715 West 38th Street, Erie, PA 16508-2626 |
| 14406703 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14406705 | + | Target, C/O Financial & Retail Services, Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jun 28 2021 23:27:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14632139 | | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14406688 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14406691 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 28 2021 23:26:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Boulevard, Ms Rjw-135, Warwick, RI 02886 |
| 14520759 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 28 2021 23:26:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14707799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:52 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14406689 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:32:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14664359 | + | Email/Text: bnc@bass-associates.com | Jun 28 2021 23:26:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14406690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:11 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14406692 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:00 | Comenity Bank / Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14415114 | + | Email/Text: rkiser@co.crawford.pa.us | Jun 28 2021 23:27:00 | Crawford County Tax Claim Bureau, 903 |

Case 17-10401-TPA  Doc 109  Filed 06/30/21  Entered 07/01/21 00:33:29  Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: lmar | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 300b | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Diamond Park, Meadville, PA 16335-2694 |
| 14406693 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 28 2021 23:31:50 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14406706 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:11 | Visa Dept Store National Bank / Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14415310 | | Email/Text: mrdiscen@discover.com | Jun 28 2021 23:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14406694 | + | Email/Text: mrdiscen@discover.com | Jun 28 2021 23:26:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14406699 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2021 23:26:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14406701 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 28 2021 23:26:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14696869 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2021 23:27:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14694831 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14408039 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2021 23:32:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406702 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:32:07 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14413017 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14678280 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2021 23:26:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951981 | + | Email/Text: bncmail@w-legal.com | Jun 28 2021 23:27:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14406704 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:32:07 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |

| District/off: 0315-1 | User: lmar | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 300b | Total Noticed: 35 |

| | | |
|---|---|---|
| cr | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | The Bank Of New York Mellon FKA The Bank Of New Yo |
| 14666313 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW, YORK AS SUCCESSOR INDENTURE TRUSTEE TO, JPMORGAN CHASE BANK, N.A., AS INDENTURE, TRUSTEE FOR THE CWABS REVOLVING HOME, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406700 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14406698 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 18 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor et. al. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Dennis F Cox dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Lisa L. Cox dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Joseph A. Dessoye | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor et. al. pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1     User: lmar     Page 4 of 4
Date Rcvd: Jun 28, 2021     Form ID: 300b     Total Noticed: 35
TOTAL: 8