**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DENNIS F COX
    LISA L. COX
             Debtor(s)

    Ronda J. Winnecour
     Chapter 13 Trustee,
             Movant
            vs.
    No Respondents.

Case No.:17-10401 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

June 25, 2021

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/20/2017  and confirmed on 7/12/17 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 39,276.60 |
| Less Refunds to Debtor | 1,109.98 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,166.62 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,700.00 | |
|     Trustee Fee | 1,945.80 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,645.80 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 13,044.80 | 0.00 | 13,044.80 |
|     Acct: 5244 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 253.67 | 253.67 | 0.00 | 253.67 |
|     Acct: 5244 | | | | |
| CRAWFORD COUNTY TAX CLM BUREAU* | 616.71 | 616.71 | 83.51 | 700.22 |
|     Acct: 6241 | | | | |
| CITIZENS BANK NA(*) | 10,263.00 | 10,263.00 | 768.04 | 11,031.04 |
|     Acct: 0906 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0217 | | | | |
| | | | | 25,029.73 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DENNIS F COX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DENNIS F COX | 1,109.98 | 1,109.98 | 0.00 | 0.00 |
|     Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 476.26 | 476.26 | 0.00 | 476.26 |
|     Acct: 7085 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,216.48 | 2,216.48 | 0.00 | 2,216.48 |
|     Acct: 7085 | | | | |
| | | | | 2,692.74 |
| Unsecured | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 1,815.66 | 985.03 | 0.00 | 985.03 |
|     Acct: 8356 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 585.41 | 317.60 | 0.00 | 317.60 |
|     Acct: 2935 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,070.48 | 580.76 | 0.00 | 580.76 |

17-10401 TPA

Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0115 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 1,451.76 | 787.61 | 0.00 | 787.61 |
| Acct: 9119 | | | | |
| DISCOVER BANK(*) | 611.59 | 331.80 | 0.00 | 331.80 |
| Acct: 1800 | | | | |
| DISCOVER BANK(*) | 582.94 | 316.26 | 0.00 | 316.26 |
| Acct: 1508 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6801 | | | | |
| CAPITAL ONE NA** | 756.67 | 410.51 | 0.00 | 410.51 |
| Acct: 5149 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B, | 1,466.93 | 795.84 | 0.00 | 795.84 |
| Acct: 9881 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7050 | | | | |
| MIDLAND FUNDING LLC | 353.51 | 191.79 | 0.00 | 191.79 |
| Acct: 5198 | | | | |
| TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2636 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2420 | | | | |
| ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0406 | | | | |
| PA DEPARTMENT OF REVENUE* | 147.21 | 79.86 | 0.00 | 79.86 |
| Acct: 7085 | | | | |
| INTERNAL REVENUE SERVICE* | 2.38 | 1.29 | 0.00 | 1.29 |
| Acct: 7085 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5198 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,798.35 |

TOTAL PAID TO CREDITORS                                                        32,520.82

TOTAL CLAIMED
PRIORITY          2,692.74
SECURED          11,133.38
UNSECURED         8,844.54

Date: 06/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
      DENNIS F COX
      LISA L. COX
            Debtor(s)

      Ronda J. Winnecour
            Movant
           vs.
      No Repondents.

Case No.:17-10401 TPA

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10401-TPA |
| Dennis F Cox | Chapter 13 |
| Lisa L. Cox | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lmar | Page 1 of 4 |
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis F Cox, Lisa L. Cox, 11379 Beuchat Road, Guys Mills, PA 16327-5111 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | First National Bank of Pennsylvania, c/o Donna Donaher, One North Shore Center, 12 Federal Street, First Floor, Pittsburgh, PA 15212-5752 |
| 14415113 | + | Bank of America, PO Box 15227, Wilmington, DE 19886-5227 |
| 14665117 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406695 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14406696 | + | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14406697 | + | Holiday Financial Services, 715 West 38th Street, Erie, PA 16508-2626 |
| 14406703 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14406705 | + | Target, C/O Financial & Retail Services, Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jun 28 2021 23:27:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14632139 | | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14406688 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14406691 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 28 2021 23:26:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Boulevard, Ms Rjw-135, Warwick, RI 02886 |
| 14520759 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 28 2021 23:26:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14707799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14406689 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:32:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14664359 | + | Email/Text: bnc@bass-associates.com | Jun 28 2021 23:26:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14406690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:03 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14406692 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:53 | Comenity Bank / Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14415114 | + | Email/Text: rkiser@co.crawford.pa.us | Jun 28 2021 23:27:00 | Crawford County Tax Claim Bureau, 903 |

District/off: 0315-1                            User: lmar                                      Page 2 of 4
Date Rcvd: Jun 28, 2021                         Form ID: pdf900                          Total Noticed: 35

|  |  |  | Diamond Park, Meadville, PA 16335-2694 |
|---|---|---|---|
| 14406693 | Email/PDF: DellBKNotifications@resurgent.com | Jun 29 2021 10:46:23 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14406706 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:10 | Visa Dept Store National Bank / Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14415310 | Email/Text: mrdiscen@discover.com | Jun 28 2021 23:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14406694 | + Email/Text: mrdiscen@discover.com | Jun 28 2021 23:26:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14406699 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2021 23:26:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14406701 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 28 2021 23:26:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14696869 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2021 23:27:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14694831 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14408039 | + Email/PDF: rmscedi@recoverycorp.com | Jun 28 2021 23:31:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406702 | + Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:39 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14413017 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14678280 | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2021 23:26:53 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951981 | + Email/Text: bncmail@w-legal.com | Jun 28 2021 23:27:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14406704 | + Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:59 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr |  | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr |  | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr |  | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr |  | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr |  | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr |  | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr |  | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr |  | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |

District/off: 0315-1 | User: lmar | Page 3 of 4
--- | --- | ---
Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 35

| cr | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| --- | --- | --- |
| cr | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | Bank of America, N.A., EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA N A, N.A. |
| cr | | The Bank Of New York Mellon FKA The Bank Of New Yo |
| 14666313 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW, YORK AS SUCCESSOR INDENTURE TRUSTEE TO, JPMORGAN CHASE BANK, N.A., AS INDENTURE, TRUSTEE FOR THE CWABS REVOLVING HOME, EQUITY LOAN TRUST, SERIES 2004-E, C/O BANK OF AMERICA, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406700 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14406698 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 18 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor et. al. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Dennis F Cox dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Lisa L. Cox dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Joseph A. Dessoye | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor et. al. pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8